JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PERRY BEAUCHAMP, JR., ) <br>         Plaintiff, ) <br>     v.                    ) <br> ANDREW M. SAUL, Commissioner ) <br> of Social Security,             ) <br>         Defendant. ) | NO. SACV 20-1196-KS <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: March 29, 2021

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE